UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

    - against -

OERLIKON METCO (US), INC, ET AL.,

                Defendants.
───────────────────────────────────

23-cv-9680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **Wednesday, January 24, 2024,** at **3:00 p.m.** The conference previously scheduled on January 17, 2024 is canceled.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 12, 2024**

                                              _/s/ John G. Koeltl_
                                                John G. Koeltl
                                         **United States District Judge**