```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LIBERTY MUTUAL INSURANCE COMPANY,

            Plaintiff,

- against -

OERLIKON METCO (US), INC, ET AL.,

           Defendants.

23-cv-9680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The deadline for the plaintiff to file an Amended Complaint is **February 9, 2024**. The defendants may move or answer by **March 1, 2024**. The response is due **March 15, 2024**. The deadline to reply is **April 2, 2024**.

Discovery and the Rule 26(f) conference will be stayed until an answer or decision is made on any motion to dismiss or transfer.

SO ORDERED.

Dated:    New York, New York
           January 24, 2024

                                      John G. Koeltl
                                 United States District Judge