UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

- against -

OERLIKON METCO (US), INC, ET AL.,

                Defendants.

---

23-cv-9680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant is directed to provide the Court with paper courtesy copies of the fully briefed motion to dismiss the plaintiff's complaint for improper venue. ECF No. 27.

SO ORDERED.

Dated:    New York, New York
            April 19, 2024

                                          John G. Koeltl
                                   United States District Judge