UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE COMPANY,

        Plaintiff,

- against -

OERLIKON METCO (US), INC, ET AL.,

        Defendants.

---

23-cv-9680 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendants are directed to provide the Court with paper courtesy copies of the fully briefed motion to dismiss the plaintiff's complaint for improper venue and for failure to state a claim. ECF No. 27.

SO ORDERED.

Dated:    New York, New York
           August 7, 2024

                                                      John G. Koeltl
                                               United States District Judge